IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
APR 27 2021
ARTHUR JOHNSTON
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 1:21cr46-TBM-RPM |
| GERALD JOSEPH TOOKER<br>a/k/a Gerald Joseph Tooker, Jr.<br>a/k/a Gerald J. Tooker<br>a/k/a Steven F. Tooker | 18 U.S.C. § 1001(a)(2)<br>42 U.S.C. § 408(a)(7)(B) |

**The Grand Jury charges:**

COUNT 1

On or about December 3, 2020, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **GERALD JOSEPH TOOKER a/k/a Gerald Joseph Tooker, Jr. a/k/a Gerald J. Tooker a/k/a Steven F. Tooker**, in a matter within the jurisdiction of the executive branch of the United States Government, that is a federal law enforcement officer's criminal investigation including the writing of, and serving the defendant with, one or more misdemeanor tickets within the jurisdiction of the Gulf Islands National Seashore, did knowingly and willfully make a materially false statement to a law enforcement ranger of the United States National Park Service, for the purpose of concealing the defendant's true identity, in that the defendant told the officer that his name was S.F.T. and provided identification information of S.F.T., when in fact, as he knew then, that S.F.T. was not his actual name, all in violation of Title 18, United States Code, Section 1001(a)(2).

COUNT 2

On or about December 3, 2020, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **GERALD JOSEPH TOOKER a/k/a Gerald Joseph Tooker, Jr. a/k/a Gerald J. Tooker a/k/a Steven F. Tooker**, for the purpose of

obtaining for himself, anything of value from any person, or for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

*[signature]*
DARREN J. LAMARCA
Acting United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 27th day of April 2021.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

2